SAMUEL H. KUNSTLICH, Appellant, v. BRALEA REALTY CORPORATION and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the February, 1923, term (for which term this case is set down) and be ready for argument when reached; otherwise, motion

granted, with ten dollars costs. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.